UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01762
    RODERICK WRIGHT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4833

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 02/02/2007 and was confirmed 06/20/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 12/31/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CALVARY PORTFOLIO SVCS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS SECTRETARY OF S | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL HWY | UNSECURED | 10519.80 | .00 | 1234.16 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |

```
LINEBARGER GOGGAN BLAIR    UNSECURED     NOT FILED          .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       663.84           .00        66.38
MUTUAL HOSPITAL SVC INC    UNSECURED     NOT FILED          .00          .00
R & R COMPANY MOTORS INC   UNSECURED     NOT FILED          .00          .00
RMI/MCSI                   UNSECURED     NOT FILED          .00          .00
SUPERIOR MANAGEMENT        UNSECURED     NOT FILED          .00          .00
VERIZON WIRELESS/GREAT     UNSECURED     NOT FILED          .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY        340.39           .00       340.39
ILLINOIS DEPT OF REVENUE   UNSECURED        68.20           .00         6.82
MICHAEL B DEDIO            DEBTOR ATTY   2,500.00                    1,678.27
TOM VAUGHN                 TRUSTEE                                     249.98
DEBTOR REFUND              REFUND                                        .00
```

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                    3,576.00

PRIORITY                                         340.39
SECURED                                             .00
UNSECURED                                      1,307.36
ADMINISTRATIVE                                 1,678.27
TRUSTEE COMPENSATION                             249.98
DEBTOR REFUND                                       .00
                      ---------------     ---------------
TOTALS                     3,576.00            3,576.00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
  Dated: 03/05/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE